ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



FILED-USDC-NDTX-DA
'26 MAR 4 PM1:31

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| V. | **3-26CR-111-X** |
| ARNOLDO ALANIS | |

### INDICTMENT

The Grand Jury charges:

Count One
Forcibly Assaulting a Federal Officer
(Violation of 18 U.S.C. § 111(a)(1))

On or about January 22, 2026, in the Dallas Division of the Northern District of Texas, **Arnoldo Alanis**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, that is, C.D., a task force officer with the United States Marshals Service, while C.D. was engaged in the performance of official duties and said conduct did involve physical contact with C.D.

In violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL:

_____
FOREPERSON


RYAN RAYBOULD
United States Attorney


_____
MARISSA AULBAUGH
Assistant United States Attorney
Texas Bar No. 24084051
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-.659-8600
Facsimile: 214-659-8805
Email: Marissa.Aulbaugh@usdoj.gov


Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ARNOLDO ALANIS

INDICTMENT

18 U.S.C. § 111(a)(1)
Forcibly Assaulting a Federal Officer
(Count 1)

1 Count

A true bill rendered

----------------------------------------------------------------------------------------------------

DALLAS                                                                                      FOREPERSON

Filed in open court this __4__ day of March, 2026.

----------------------------------------------------------------------------------------------------

**Defendant in Federal Custody since  02/05/2026**

----------------------------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3:26-MJ-97-BK